## PMG OCEAN ASSOCIATES, L.P. *v.*
## CITY OF NEW HAVEN
## (AC 17726)

Landau, Schaller and Sullivan, Js.

Submitted on briefs September 18—officially released October 20, 1998

Per Curiam. The judgment is affirmed.

## FIRST UNION NATIONAL BANK *v.*
## JOHN K. CANNON ET AL.
## (AC 17891)

Landau, Spear and Hennessy, Js.

Argued September 28—officially released October 27, 1998

Per Curiam. The judgment is affirmed.

## WILLIAM J. CLARK *v.* DAVID RIDBERG ET AL.
## (AC 17310)

O'Connell, C. J., and Foti and Daly, Js.

Submitted on briefs September 18—officially released October 27, 1998

Per Curiam. The judgment is affirmed.